1
2
3
4
5
6

PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:      510/832-5001
Facsimile:       510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
JAMES LLEWELLYN

7
8
9
10

KENNETH L. VALINOTI
VALINOTI, SPECTOF & DITO, LLP
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Telephone: (925) 407-2081
Facsimile: (650) 745-1126
E mail kvalinoti@valinoti-dito.com

11
12
13

Attorneys for Defendants
AZTECA GOLDEN PARTNERS, INC.
dba LA TAPATIA MEXICAN
RESTAURANT & CANTINA;
FRED R. DOSTER 2003 TRUST

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

17
18
19
20
21
22
23

JAMES LLEWELLYN,

    Plaintiff,

    v.

AZTECA GOLDEN PARTNERS, INC.
dba LA TAPATIA MEXICAN
RESTAURANT & CANTINA
CONCORD; FRED R. DOSTER 2003
TRUST,

    Defendants.

CASE NO. 4:20-cv-08424-HSG
Civil Rights

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

Action Filed: November 30, 2020

24
25
26
27
28

## STIPULATION

Plaintiff JAMES LLEWELLYN ("Plaintiff") and Defendants AZTECA GOLDEN

PARTNERS, INC. dba LA TAPATIA MEXICAN RESTAURANT & CANTINA CONCORD;

FRED R. DOSTER 2003 TRUST ("Defendants") hereby stipulate and request pursuant to FRCP

1

1  Rule 41(a) that the Court order that all of Plaintiff's claims in this action against Defendant be

2  dismissed with prejudice.

3  **IT IS SO STIPULATED.**

4  Date: January 4, 2021                          REIN & CLEFTON

5

6                                                    */s/ Aaron M. Clefton*
                                                   By AARON M. CLEFTON, Esq.
7                                                  Attorney for Plaintiff
                                                   JAMES LLEWELLYN
8

9  Date: January 4, 2021                          VALINOTI, SPECTER & DITO, LLP

10

11                                                   */s/ Kenneth L. Valinoti*
                                                   By:  KENNETH L. VALINOTI, Esq.
12                                                 Attorney for Defendants
                                                   AZTECA GOLDEN PARTNERS, INC. dba
13                                                 LA TAPATIA MEXICAN RESTAURANT
                                                   & CANTINA CONCORD; FRED R.
14                                                 DOSTER 2003 TRUST

15

16                           **FILER'S ATTESTATION**

17           Pursuant to Civil Local Rule 5-1, I hereby attest that on January 4, 2021, I, Aaron M.

18  Clefton, attorney with Rein & Clefton, received the concurrence of Kenneth L. Valinoti, Esq. in

19  the filing of this document.

20                           */s/ Aaron M. Clefton*
                             AARON M. CLEFTON

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ORDER</u>**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: 1/5/2021

Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge